STATE v. BROWN and STATE v. RAY

No. 129 PC.

Case below: 23 N.C. App. 291.

Petition for writ of certiorari to North Carolina Court of Appeals denied 7 January 1975.

STATE v. CARRIKER

No. 182 PC.

Case below: 24 N.C. App. 91.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 February 1975.

STATE v. CONNER

No. 166 PC.

Case below: 23 N.C. App. 723.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.

STATE v. CRANDALL

No. 54.

Case below: 23 N.C. App. 625.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 February 1975.

STATE v. DAWSON

No. 171 PC.

Case below: 23 N.C. App. 712.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 February 1975.